# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITANIE HALLMON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>STANISLAUS COUNTY HUMAN RESOURCE DEPT., et al.,<br><br>　　　　　Defendants. | Case No. 1:19-cv-01623-DAD-EPG<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS<br><br>(ECF NO. 2) |

Plaintiff Britanie Hallmon ("Plaintiff") proceeds *pro se* in this action against Defendants for alleged violations of Title VII of the Civil Rights Act of 1964 for employment discrimination. Plaintiff's case was transferred to the Eastern District of California from the Northern District of California on November 14, 2019. (ECF No. 8.) Prior to the transfer, Plaintiff had filed an application to proceed *in forma pauperis* that is currently pending. (ECF No. 2.)

The Court has reviewed Plaintiff's application to proceed *in forma pauperis* and has determined that Plaintiff has made the required showing pursuant to 28 U.S.C. § 1915(a). accordingly, the request to proceed *in forma pauperis* is GRANTED.

As to the status of the Complaint, Plaintiff is advised that pursuant to 28 U.S.C. § 1915(e)(2), the Court must conduct an initial review of every *pro se* complaint to determine whether it is legally sufficient under the applicable pleading standards. The Court must dismiss a complaint, or portion thereof, if the Court determines that the complaint is legally frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant whom is immune from such relief. 28 U.S.C. § 1915(e)(2). If the Court determines that

the complaint fails to state a claim, leave to amend may be granted to the extent that the deficiencies in the complaint can be cured by amendment.

The complaint will be screened in due course and Plaintiff will be served with the resulting order.

IT IS SO ORDERED.

Dated: __**November 22, 2019**__  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE