UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITANIE HALLMON,<br><br>                Plaintiff,<br><br>v.<br><br>STANISLAUS COUNTY HUMAN RESOURCE DEPARTMENT, et al.,<br><br>                Defendants. | Case No. 1:19-cv-1623-DAD-EPG<br><br>FINDINGS AND RECOMMENDATIONS, RECOMMENDING THAT ALL CLAIMS BE DISMISSED, EXCEPT FOR PLAINTIFF'S CLAIM AGAINST HER EMPLOYER, STANISLAUS COUNTY, FOR EMPLOYMENT DISCRIMINATION UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964<br><br>(ECF Nos. 12, 13)<br><br>OBJECTIONS, IF ANY, DUE WITHIN FOURTEEN DAYS |

      On August 23, 2019, Plaintiff, Britanie Hallmon ("Plaintiff"), appearing *pro se* and *in forma pauperis*, commenced this action under Title VII of the Civil Rights Act, 42 U.S.C. § 2000e-5 ("Title VII"), alleging claims against Stanislaus County Human Resource Department (the "County"), and the individuals Tamra Thomas, Mari Tamimi, Shelly Anntonucci, and Joan Sahard (the "Individual Defendants"). (ECF No. 1). This action was initially brought in the Northern District of California, which transferred it to this district on November 15, 2019. On April 16, 2020, the Court found that Plaintiff's complaint states cognizable claims against Defendant Stanislaus County for employment discrimination in violation of Title VII of the Civil Rights Act of 1964 and that Plaintiff had not stated any other claims. (ECF No. 12).

      The Court allowed Plaintiff to choose between proceeding only on the claim found cognizable by the Court in the screening order, amending the complaint, or standing on the

complaint subject to the Court issuing findings and recommendations to a district judge consistent with the screening order. (*Id.* at 5). On May 14, 2020, Plaintiff notified the Court that she is willing to proceed only on the claim found cognizable by the screening order. (ECF No. 13).

Accordingly, for the reasons set forth in the Court's April 16, 2020 screening order, (ECF No. 12), and because Plaintiff has notified the Court that she is willing to proceed only her claims against Stanislaus County for employment discrimination in violation of Title VII of the Civil Rights Act of 1964, (ECF No. 13), it is HEREBY RECOMMENDED that all claims be dismissed, except for Plaintiff's claims against defendant Stanislaus County for employment discrimination in violation of Title VII of the Civil Rights Act of 1964.

These findings and recommendations are submitted to the United States district judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within **fourteen (14) days** after being served with these findings and recommendations, Plaintiff may file written objections with the Court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may result in the waiver of rights on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:   **May 18, 2020**             /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE