UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITANIE HALLMON,<br><br>  Plaintiff,<br><br>v.<br><br>STANISLAUS COUNTY HUMAN RESOURCE DEPARTMENT, et al.,<br><br>  Defendants. | Case No. 1:19-cv-1623-DAD-EPG<br><br>ORDER FINDING SERVICE APPROPRIATE ON DEFENDANT STANISLAUS COUNTY, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN |

On August 23, 2019, Plaintiff, Britanie Hallmon ("Plaintiff"), appearing *pro se* and *in forma pauperis*, commenced this action under Title VII of the Civil Rights Act, 42 U.S.C. § 2000e-5 ("Title VII"), alleging claims against Stanislaus County Human Resource Department (the "County"), and the individuals Tamra Thomas, Mari Tamimi, Shelly Anntonucci, and Joan Sahard (the "Individual Defendants"). (ECF No. 1). This action was initially brought in the Northern District of California, which transferred it to this district on November 15, 2019. On April 16, 2020, the Court found that Plaintiff's complaint states cognizable claims against Defendant Stanislaus County for employment discrimination in violation of Title VII of the Civil Rights Act of 1964 and that Plaintiff had not stated any other claims. (ECF No. 12).

1

The Court allowed Plaintiff to choose between proceeding only on the claim found cognizable by the Court in the screening order, amending the complaint, or standing on the complaint subject to the Court issuing findings and recommendations to a district judge consistent with the screening order. (Id. at 5). On May 14, 2020, Plaintiff notified the Court that she is willing to proceed only on the claim found cognizable by the screening order. (ECF No. 13).

Based on the foregoing, it is HEREBY ORDERED that:

1. Service is appropriate for the following defendant:

   **STANISLAUS COUNTY**

2. The Clerk of Court shall send Plaintiff one (1) USM-285 form, one (1) summons, a Notice of Submission of Documents form, an instruction sheet, and one (1) copy of the Complaint filed on August 23, 2019 (ECF No. 1);

3. Within thirty (30) days from the date of this order, Plaintiff shall complete the Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

   a. A completed summons for the defendant listed above;

   b. A completed USM-285 form for the defendant listed above; and

   c. Two (2) copies of the endorsed Complaint;

4. Plaintiff need not attempt service on any defendant and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshals Service to serve the above-named defendant(s) pursuant to Federal Rule of Civil Procedure 4 without payment of costs; and

5. The failure to comply with this order may result in the dismissal of this action.

IT IS SO ORDERED.

Dated:   **May 18, 2020**                              /s/ Erica P. Grosjean
                                                                      UNITED STATES MAGISTRATE JUDGE