**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRITANIE HALLMON,<br><br>  Plaintiff,<br><br>v.<br><br>STANISLAUS COUNTY HUMAN RESOURCE DEPARTMENT, et al.,<br><br>  Defendants. | Case No. 1:19-cv-01623-DAD-EPG<br><br>**ORDER DIRECTING SERVICE BY THE UNITED STATES MARSHAL SERVICE WITHOUT PREPAYMENT OF COSTS** |

Plaintiff Britanie Hallmon is proceeding *pro se* and *in forma pauperis* with this action. On August 23, 2019, Plaintiff Britanie Hallmon ("Plaintiff"), appearing *pro se* and *in forma pauperis* commenced this action under Title VII of the Civil Rights Act, 42 U.S.C. § 2000e-5. On May 19, 2020, the Court found service of the Complaint appropriate on Defendant Stanislaus County.

Accordingly, IT IS HEREBY ORDERED:

1. The Clerk of the Court is DIRECTED to forward the following documents to the United States Marshal Service:

    a. One completed and issued summons for each defendant to be served;

    b. One completed USM-285 form for each defendant to be served;

    c. One copy of the Complaint filed on August 23, 2019, for each defendant to be served, in addition to one extra copy for the United States Marshal Service;

1

      d. One copy of this Order for each defendant to be served, in addition to one extra copy for the United States Marshal Service;

      e. One copy of the court's consent form for each defendant to be served.

2. Within ten days from the date of this Order, the United States Marshal Service is DIRECTED to notify the following defendants of the commencement of this action and to request a waiver of service in accordance with the provisions of Federal Rule of Civil Procedure 4(d) and 28 U.S.C. § 566(c):

    **a. Stanislaus County**

3. The United States Marshal Service is DIRECTED to retain the summons and a copy of the Complaint in their files for future use;

4. The United States Marshal Service shall file returned waivers of service as well as any requests for waivers of service that are returned as undelivered as soon as they are received;

5. If a waiver of service is not returned by a defendant within sixty days of the date of mailing the request for waiver, the United States Marshal Service shall:

      a. Personally serve process and a copy of this Order on the defendant pursuant to Federal Rule of Civil Procedure 4[1] and 28 U.S.C. § 566(c);

---

[1] Rule 4(j)(2), which addresses service on a state, municipal corporation, or state-created governmental organization, provides:

> A state, a municipal corporation, or any other state-created governmental organization that is subject to suit must be served by:
> (A) delivering a copy of the summons and of the complaint to its chief executive officer; or
> (B) serving a copy of each in the manner prescribed by that state's law for serving a summons or like process on such a defendant.

Fed. R. Civ. P. 4(j)(2).

Under California Civil Procedure Code § 416.50(a), "[a] summons may be served on a public entity by delivering a copy of the summons and of the complaint to the clerk, secretary, president, presiding officer, or other head of its governing body." A "public entity" includes any "county, city, district, public authority, public agency, and any other political subdivision or public corporation on this state." *Id.* § 416.50(b).

      b. Within ten days after personal service is effected, the United States Marshal Service shall file the return of service for the defendant, along with evidence of any attempts to secure a waiver of service of process and of the costs subsequently incurred in effecting service on said defendant. Said costs shall be enumerated on the USM-285 form and shall include the costs incurred by the Marshal's office for photocopying additional copies of the summons and the operative complaint and for preparing new USM-285 forms, if required.  Costs of service will be taxed against the personally served defendant in accordance with the provisions of Federal Rule of Civil Procedure 4(d)(2).

6. In the event that the defendant makes an appearance in this action by filing an answer, dispositive motion, or other pleading, the United States Marshals Service need not personally serve the defendant; and,

7. In the event that the defendant either waives service or is personally served, the defendant is required to respond to the Complaint.

IT IS SO ORDERED.

Dated:  **June 4, 2020**          /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE