UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITANIE HALLMON, | No. 1:19-cv-01623-DAD-EPG |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CERTAIN CLAIMS AND DEFENDANTS |
| STANISLAUS COUNTY, *et al.*, | |
| Defendants. | (Doc. No. 14) |

Plaintiff Britanie Hallmon is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to Title VII of the Civil Rights Act, 42 U.S.C. § 2000e-5. (Doc. No. 1.) In her complaint plaintiff asserts a claim of employment discrimination based on race against Stanislaus County and several named individuals. (*Id*.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 19, 2020, the assigned magistrate judge issued findings and recommendations, recommending that plaintiff be allowed to proceed with her claim against defendant Stanislaus County, and that all other claims and named defendants be dismissed. (Doc. No. 14 at 2). The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.*) No objections have been filed, and the time to do has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on May 19, 2020 (Doc No. 14) are adopted in full;
2. Plaintiff may proceed with her claim for employment discrimination under Title VII of the Civil Rights Act of 1964 against defendant Stanislaus County;
3. All other claims and defendants are dismissed; and
4. The Clerk of Court is directed to update the docket to reflect the dismissal of defendants Tamara Thomas, Mari Tamimi, Shelly Anntonucci, and Joan Sahard from this action.

IT IS SO ORDERED.

Dated: **June 8, 2020**

UNITED STATES DISTRICT JUDGE